**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

**WILLIAM V. NEWSOM, JR.,**

    **Plaintiff,**

**vs.**                                                                                          **CASE NO. 1:07cv125-MP/AK**

**MICHAEL J. ASTRUE,**

    **Defendants.**

    _____/

## O R D E R

Presently before the Court in the above entitled action is Defendant's Second Motion for Extension of Time (doc. 14), which is unopposed. Having considered said motion, the Court is of the opinion that it should be **GRANTED**, and Defendant shall respond to Plaintiff's memorandum within thirty days of this date.

**DONE AND ORDERED** this *9th* day of January, 2008.

                                           *s/ A. KORNBLUM*
                                           **ALLAN KORNBLUM
                                           UNITED STATES MAGISTRATE JUDGE**