IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

WILLIAM V NEWSOM, JR,

      Plaintiff,

v.                                    CASE NO. 1:07-cv-00125-MP-AK

MICHAEL J ASTRUE,

      Defendant.

_____/

# **O R D E R**

This matter is before the Court on Doc. 18, Report and Recommendation regarding

Petition for Review of Commissioner Decision, Doc. 1, filed by William V. Newsom, Jr.  Upon

review, the Magistrate Judge recommended that the decision of the Commissioner denying

benefits be affirmed on July 30, 2009.  Petitioner was given until August 27, 2009 to file

objections to the report, but declined to do so.  As this Court finds the Report and

Recommendation to be thorough and free of plain error, and as there are no objections, it is

hereby

      **ORDERED AND ADJUDGED:**

      1.      The Report and Recommendation of the Magistrate Judge, Doc. 18, is ADOPTED
          and incorporated herein.

      2.      The decision of the Commissioner denying benefits is AFFIRMED.

      **DONE AND ORDERED** this _ *31st* day of August, 2009



               *s/Maurice M. Paul*
              Maurice M. Paul, Senior District Judge